Orgain, Carroll & Bell, of Beaumont, Tex., for appellant.

Howth, Adams & Hart, of Beaumont, Tex., for appellees.

PER CURIAM.

In the above numbered and entitled cause, come the appellees, by their counsel, Messrs. Howth, Adams & Hart, and confess that in the record and proceedings in the court below therein there is reversible error. Because of said error so confessed, it is ordered, adjudged, and decreed that the judgment of said District Court in said cause be, and the same is, reversed, and that said case be, and it is hereby, remanded to said District Court for further proceedings. It is further ordered and adjudged that a certified copy of this judgment be issued to the clerk of the District Court of the United States for the Eastern District of Texas, at Beaumont.

---

**Eudolph SCHULENBERG, Appellant, v. UNITED STATES of America, Appellee.**

Circuit Court of Appeals, Ninth Circuit.
March 19, 1934.

Anthony Savage, U. S. Atty., and De Witt C. Rowland, Asst. U. S. Atty., both of Seattle, Wash.

Before WILBUR and SAWTELLE, Circuit Judges, and NORCROSS, District Judge.

PER CURIAM.

Upon motion of counsel for appellee, ordered appeal dismissed for failure of appellant to file record and docket cause; mandate forthwith.

---

**SHANFEROKE COAL & SUPPLY CORPORATION OF DELAWARE, Appellant, v. WESTCHESTER SERVICE CORPORATION, Appellee.**

No. 277.

Circuit Court of Appeals, Second Circuit.
March 5, 1934.

Moos, Nathan, Imbrey & Levine, of New York City (Alfred B. Nathan, Louis H. Moos, and Benjamin Lewis, all of New York City, of counsel), for appellant.

Ehrich, Royall, Wheeler & Walter, of New York City (Ernest E. Wheeler, of New York City, of counsel), for appellee.

Before L. HAND, SWAN, and CHASE, Circuit Judges.

PER CURIAM.
Judgment affirmed.

---

**Clarence I. SPELLMAN, Appellee, v. BANKERS TRUST COMPANY and Beatrice W. Sullivian, Appellants, and Marie J. Goldreich, Appellee.**

No. 322.

Circuit Court of Appeals, Second Circuit.
March 5, 1934.

See, also (D. C.) 43 F.(2d) 762.

Max Levy, of New York City, for appellants.

Borris M. Komar, of New York City, for appellee Goldreich.

Merle I. St. John, of New York City, for appellee Spellman.

Before L. HAND, SWAN, and CHASE, Circuit Judges.

PER CURIAM.
Decree affirmed.